

# Missouri Court of Appeals
## Southern District

**JANUARY 20, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33037

      Re:      SAMUEL E. COBB, JR.,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.